UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SPECTRUM LABORATORIES, LLC,<br><br>              Plaintiff,<br><br>   v.<br><br>MATTHEW GREEN.,<br><br>        Defendant/Judgment Debtor,<br><br>   and<br><br>NORTHWEST WHOLESALE GROUP, INC.,<br><br>              Garnishee. | Cause No. MC22-0097RSL<br><br>ORDER DECLINING TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which Matthew Green has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Northwest Wholesale Group, Inc. The original judgment in the underlying matter was in favor of Spectrum Laboratories and against Matthew Green and Dr. Greens, Inc., but it awarded no monetary damages. The judgment was subsequently amended to award Spectrum Laboratories $2,595,519.00 in enhanced damages, $890,614.38 in attorney's fees, and $318,283 in prejudgment interest. The amended judgment does not specify who is liable for the stated amounts, and Matthew Green is not listed in the caption as a party to the lawsuit. Some other evidence that Matthew Green has an outstanding

ORDER DECLINING TO ISSUE
WRIT OF GARNISHMENT - 1

judgment against him in the amount of $3,804,416.38 is needed before the requested writ can issue.

The Clerk of Court is directed to note the Application for Writ of Garnishment on the Court's calendar for Friday, December 2, 2022, to give Spectrum Laboratories time to make the necessary showing. Any future submissions shall use the caption as set forth above.

Dated this 3rd day of November, 2022.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DECLINING TO ISSUE
WRIT OF GARNISHMENT - 2