JUDGE LAUREN KING

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DR. GREEN, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>JAMES MATTHEW STEPHENS, an individual, and SPECTRUM LABORATORIES, LLC an Ohio limited liability company,<br><br>Defendants.<br><br>NORTHWEST WHOLESALE GROUP INC.,<br><br>Garnishee. | NO. 2:22-mc-00097-RLS<br><br>**JUDGMENT CREDITOR SPECTRUM LABORATORIES' MOTION TO STRIKE GARNISHEE NORTHWEST WHOLESALE GROUP'S SUR-REPLY**<br><br>(CLERK'S ACTION REQUIRED)<br><br>**Noting Date: February 17, 2023** |

## I.  RELIEF REQUESTED

Judgment Creditor Spectrum Laboratories, LLC ("Judgment Creditor" or "Spectrum") requests that this Court strike Garnishee Defendant Northwest Wholesale Group, Inc's ("Northwest") Sur-Reply and the Supplemental Declaration of Jesse Conway in Support of Sur-Reply.



ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

## II. STATEMENT OF FACTS

On February 3, 2023, Judgment Creditor filed a motion for default judgment against Northwest for failure to answer the writ of garnishment, which was issued in December. Dkt #7. On February 9, 2023, Northwest filed its Response to the Motion for Default Judgment alleging that the Answer was previously sent in December despite there being no declaration of service demonstrating the same. Dkt. #10. Judgment Creditor filed its Reply arguing that a default judgment and award of reasonable expenses and attorneys' fees was appropriate because Northwest failed to file a timely answer to the writ of garnishment issued by the Court. Dkt. #14.

On February 21, Northwest filed a Sur-Reply to Judgment Creditor's Reply in violation of the Federal Rules of Civil Procedure and the Local Rules for Western District of Washington. Dkt. #16. In its Sur-Reply, Northwest averred: "Plaintiff [Judgment Creditor] has already agreed to strike their motion in return for payment of $500.00." *Id*. To support the assertion that a settlement had been reached, Northwest provided excerpts from an email exchange between Northwest's counsel and counsel for Spectrum. See Dkt. #17, *Declaration of Jesse D. Conway in Support of Sur-Reply*. The selected excerpts omit the following material components of the parties' exchange.

First, at 4:07 PM on February 6, 2023 (a mere two minutes after the last e-mail which Northwest's counsel provided to this Court), Counsel for Spectrum advised the following:

JUDGMENT CREDITOR SPECTRUM
LABORATORIES'S SURREPLY TO STRIKE
GARNISHEE DEFENDANT'S SUR-REPLY - 2

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

> From: Danial Pharris <pharris@lasher.com>
> Sent: Monday, February 6, 2023 4:07 PM
> To: Jesse D. Conway <jesse@conwaylaw.net>
> Cc: Elizabeth Luksetich <luksetich@lasher.com>; Julie M. Pendleton <pendleton@lasher.com>
> Subject: RE: Spectrum Laboratories LLC vs. Dr. Matthew Green
>
> I have to get the client to agree first. I was trying to find a way to resolve this that might appease them. I'll email you back.

See *Declaration of Danial Pharris in Support of Motion to Strike*, **Ex. A**.

Counsel for Spectrum responded two days later, confirming his understanding that no agreement had yet been reached:

> From: Jesse D. Conway <jesse@conwaylaw.net>
> Sent: Wednesday, February 8, 2023 9:06 AM
> To: Danial Pharris <pharris@lasher.com>
> Cc: Elizabeth Luksetich <luksetich@lasher.com>; Julie M. Pendleton <pendleton@lasher.com>
> Subject: RE: Spectrum Laboratories LLC vs. Dr. Matthew Green
>
> [EXTERNAL]
>
> Danial –
>
> Can you let me know if you will strike the hearing? I believe I need to get a response in soon and would like to avoid the expense. Thank you.
>
> Jesse
>
> Jesse D. Conway
> Attorney At Law
> 1014 Franklin St., Suite 106
> Vancouver, WA 98660
> Telephone: (360) 906-1007
> Fax: (360) 906-8155
> www.conwaylaw.net

*Id.*

JUDGMENT CREDITOR SPECTRUM
LABORATORIES'S SURREPLY TO STRIKE
GARNISHEE DEFENDANT'S SUR-REPLY - 3



ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

Three minutes later, Counsel for Spectrum responded, again reminding counsel for Northwest that he was seeking authority for the proposed agreement:

> From: Danial Pharris <pharris@lasher.com>
> Sent: Wednesday, February 8, 2023 9:09 AM
> To: Jesse D. Conway <jesse@conwaylaw.net>
> Cc: Elizabeth Luksetich <luksetich@lasher.com>; Julie M. Pendleton <pendleton@lasher.com>; Paul Spadafora <spadafora@lasher.com>
> Subject: RE: Spectrum Laboratories LLC vs. Dr. Matthew Green
>
> I have a conference call with the client tomorrow and will then let you know. I am ok with the deal in principle, but I represent a client and have to obtain authority.

*Id.*, Counsel for Northwest immediately responded after two (2) minutes and acknowledged that communication, stating:

> From: Jesse D. Conway <jesse@conwaylaw.net>
> Sent: Wednesday, February 8, 2023 9:11 AM
> To: Danial Pharris <pharris@lasher.com>
> Cc: Elizabeth Luksetich <luksetich@lasher.com>; Julie M. Pendleton <pendleton@lasher.com>; Paul Spadafora <spadafora@lasher.com>
> Subject: RE: Spectrum Laboratories LLC vs. Dr. Matthew Green
>
> [EXTERNAL]
>
> Ok I'll hold on a response until then thanks.
>
> Jesse D. Conway
> Attorney At Law
> 1014 Franklin St., Suite 106
> Vancouver, WA 98660
> Telephone: (360) 906-1007
> Fax: (360) 906-8155
> www.conwaylaw.net
>
> Notice: This email transmission may contain information that is protected by the attorney-client privilege. If you are not the intended recipient, Jesse D. Conway at (360) 906-1007 or 1014 Franklin St., Vancouver, WA 98660.

*Id*. Judgment Creditor confirmed shortly thereafter it would **not** agree to any settlement. *Id*.

As such, no settlement was reached between Northwest and Judgment Creditor. Northwest's counsel's statement that a settlement had been reached is false and contradicts the complete conversation included herein. See *Declaration of Danial Pharris in Support of Motion*

JUDGMENT CREDITOR SPECTRUM
LABORATORIES'S SURREPLY TO STRIKE
GARNISHEE DEFENDANT'S SUR-REPLY - 4

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

*to Strike*, Ex. A. Nonetheless, in his declaration, counsel for Northwest avers: "Attached as Exhibit A is a true and correct copy of an email exchange dated February 6, 2023. I believe this to be a binding settlement agreement." Dkt #17.

On March 2, 2023, counsel for Spectrum advised Northwest's counsel via e-mail that it believed their representations to the Court about the existence of a purported "settlement" were false, and requesting they strike the surreply and declaration. Counsel for Spectrum further advised Northwest's counsel that if they failed to withdraw the pleading, they would seek sanctions under Rule 11. *See Declaration of Danial Pharris in Support of Motion to Strike,* Ex. B. Counsel for Spectrum declined. *Id.* This motion follows.

## IV.   AUTHORITY

A. **Northwest's Surreply Violates the Local Rules and Should be Stricken.**

Surreplies are generally prohibited in the Western District of Washington. Western District of Washington Local Rule 7(g) authorizes a sur-reply only in one express and narrow circumstance:

> Requests to strike material contained in or attached to submissions of opposing parties shall not be presented in a separate motion to strike, but shall instead be included in the responsive brief, and will be considered with the underlying motion. The single exception to this rule is for requests to strike material contained in or attached to a reply brief, in which case the opposing party may file a surreply requesting that the court strike the material . . .

Here, Northwest did not ask the court to strike material included in Judgment Creditor's reply. Dkt #16. Rather, Northwest simply regurgitated the argument included in its response and also sought to belatedly proffer deceptive statements regarding settlement, which it could have (but

JUDGMENT CREDITOR SPECTRUM
LABORATORIES'S SURREPLY TO STRIKE
GARNISHEE DEFENDANT'S SUR-REPLY - 5

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

did not) offer in its opposition papers. In so doing, Northwest not only attempts manufacture a "settlement agreement" by omitting crucial intervening e-mails in the thread, but also attempts to foreclose Spectrum's ability to properly address and respond to that misrepresentation in its reply brief.

With respect to Northwest's Sur-Reply, the Local Rules for the Western District of Washington only provide for a motion, an opposition, and a reply. There is only one express circumstance allowing for a sur-reply, which does not apply here as Northwest is not moving to strike. As a result, this Court should strike and refuse to consider the Garnishee Defendant's Sur-Reply. Further, this Court should also strike the Supplemental Declaration of Jesse Conway in Support of Sur-reply as it contains false and misleading statements regarding settlement.

## V. PROPOSED ORDER

A proposed order is submitted herewith.

DATED this 7rd day of March 2023.

                LASHER HOLZAPFEL
                SPERRY & EBBERSON, PLLC

                */s/ Danial D. Pharris*
                Danial D. Pharris, WSBA No. 13617
                Paul Spadafora, WSBA No. 49777
                Attorneys for Judgment Creditor

JUDGMENT CREDITOR SPECTRUM
LABORATORIES'S SURREPLY TO STRIKE
GARNISHEE DEFENDANT'S SUR-REPLY - 6



ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

# DECLARATION OF SERVICE

On March 7, 2023, I caused to be served a true and correct copy of the foregoing document upon counsel of record, at the address stated below, via the method of service indicated:

| | |
|---|---|
| Jesse D. Conway<br>Conway Law, PPLC<br>1014 Franklin Street, Suite<br>Vancouver, WA 98660<br><br>JESSE@CONWAYLAW.NET | ☐ Via Messenger<br>☐ Via E-Service via King County<br>☐ Via Overnight Delivery<br>   Via U.S. Mail<br>☑ Via Email |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 7rd day of March, 2023, at Seattle, Washington.

By: /s/ Elizabeth Luksetich
Elizabeth Luksetich, Legal Assistant

JUDGMENT CREDITOR SPECTRUM LABORATORIES'S SURREPLY TO STRIKE GARNISHEE DEFENDANT'S SUR-REPLY - 7

LASHER HOLZAPFEL SPERRY & EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563